NICHOLAS DEDUNAK, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Dedunak* v. *N. Y. C. & H. R. R. R. Co.*, 172 App. Div. 942, affirmed.
(Submitted October 25, 1918; decided December 3, 1918.)

APPEAL from a judgment, entered January 27, 1916, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and directing judgment in favor of plaintiff upon a verdict previously rendered in an action to recover for personal injuries alleged to have been occasioned through the negligence of defendant. Plaintiff was in the employ of the Continental Can Company at its plant in the city of Syracuse. That company maintained on its property siding tracks connected with the main line of the defendant railroad. The defendant every afternoon sent a shifting engine and crew to the can company's plant to remove loaded and place empty cars. . Plaintiff while in the discharge of his duties about the said siding tracks was caught between the end of a car and a bumping post and received the injuries complained of. It was claimed that defendant's crew were negligent in failing to give warning that the cars were to be moved.

*A. H. Cowie* for appellant.

*Robert J. Cooney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and MCLAUGHLIN, JJ. Absent: CRANE, J.